### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  Criminal Docket no. 07-48-P-S |
| BOBBY HAFFORD, | ) |
| | ) |
| Defendant. | ) |

### ORDER APPOINTING COUNSEL

Before the Court is Defendant's Pro Se Motion for Clarification of Sentence (Docket # 17). By this Order, the Court RESERVES RULING on the Motion and APPOINTS COUNSEL to assist Defendant in connection with proceedings related to the Motion for Clarification of Sentence.

The Court takes this action after reviewing the Government's Response (Docket # 20), in which the Government indicates that the Defendant is in fact entitled to a clarification of his sentence. As the Government indicates, in order for this Court to grant Defendant the relief he seeks, the Court would need to convert Defendant's Motion to a habeas petition pursuant to 28 U.S.C. §§ 2241 & 2255. Such a conversion may impact the Defendant's ability to pursue any habeas petition in the future and, thus, the Court believes it would be inappropriate to act on Defendant's Pro Se Motion without first giving him an opportunity to confer with counsel. See 28 U.S.C. §§ 2244(b) & 2255(h).

Therefore, the Court hereby APPOINTS Attorney Matthew Erickson to represent the Defendant in connection with the pending request for sentence clarification. Attorney Erickson shall counsel Defendant on his options as they are laid out in the Government's Response and

this Order. If Defendant determines that he wishes to pursue habeas relief before this Court, Attorney Erickson shall file a separate habeas petition. In light of the Government's apparent agreement that the Court should order the federal sentence imposed in this case to be served concurrent to the state sentences, the Court would act quickly on any petition filed. To the extent Defendant chooses, after conferring with counsel, to pursue sentence clarification via the state courts in order to preserve any rights he may have under 28 U.S.C. § 2255, Attorney Erickson shall file a withdrawal of the pending Pro Se Motion.

    The Clerk is hereby directed to mail a copy of this Order to the Defendant.

    SO ORDERED.

                                              /s/ George Z. Singal  
                                              Chief U.S. District Judge

Dated this 14th day of November, 2008.